02-12-508-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00508-CV 

 

 


 
 
 Disa & Diya, Inc.; Nilesh Jayswal; Anjana
 Jayswal; and Bipin Jayswal
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 Vimalbhai Patel
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM THE 48th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellants' “Motion To Dismiss.”  It is
the court’s opinion that the motion should be granted; therefore, we dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellants,
for which let execution issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
MCCOY,
MEIER, and GABRIEL, JJ. 


 

DELIVERED: 
February 21, 2013  








 









[1]See Tex. R. App. P. 47.4.